RECEIVED
JAN - 2 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| REGINALD L. MCCOY<br>FED. REG. #11732-018 | CIVIL ACTION NO. 2:11-CV-2177 |
| VS. | SECTION P |
| HARVEY G. LAPIN, ET AL | JUDGE TRIMBLE<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**IT IS ALSO ORDERED** that petitioner's motion to transfer (Doc. 5) and his motion for leave to proceed in forma pauperis (Doc. 6) be denied.

THUS DONE AND SIGNED, in chambers, Lake Charles, Louisiana, on this 2__ day of January, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE